**96–91.  Disciplinary Counsel v. Brown.**

IT IS ORDERED by this court, *sua sponte*, that Stanley Brown, Attorney Registration No. 0041489, last known address in Covington, Kentucky, is found in contempt for failure to comply with this court's order of May 3, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before June 3, 1996.

**96–437.  Disciplinary Counsel v. Drake.**

IT IS ORDERED by this court, *sua sponte*, that Gene F. Drake, a.k.a. Gene Frederick Drake, Attorney Registration No. 0019533, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of March 27, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before April 26, 1996.

**96–773.  In re Gallagher.**

IT IS ORDERED by this court, *sua sponte*, that Michael Gallagher, Attorney Registration No. 0024396, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of May 7, 1996, to wit, failure to file an affidavit of compliance on or before June 6, 1996.

**96–1090.  Disciplinary Counsel v. Carter.**

IT IS ORDERED by this court, *sua sponte*, that James Bernard Carter, Attorney Registration No. 0005261, last known address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of July 3, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before August 2, 1996.

**96–1199.  Disciplinary Counsel v. Terpe.**

IT IS ORDERED by this court, *sua sponte*, that Donald Frank Terpe, Attorney Registration No. 0032866, last known address in Lansing, Michigan, is found in contempt for failure to comply with this court's order of July 12, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before August 12, 1996.

# MISCELLANEOUS DISMISSALS

**96–2092.  In re Foreclosure of Liens for Delinquent Land Taxes.**

Franklin App. No. 96APE02–160.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's application for dismissal.

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 4, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2328.  State ex rel. Guess v. Clerks, Common Pleas Court.**

Franklin App. No. 96APD05–660.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  It appears from the records of this court that appellant has not filed a merit brief, due December 3, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**96–2419.  State v. Esqueda.**

Franklin App. No. 96APA01–118.  This cause is pending before the court as a discretionary appeal and cross-appeal and a claimed appeal of right.  It appears from the records of this court that appellee/cross-appellant has not filed a memorandum opposing jurisdiction/memorandum in support of cross-appeal, due November 29, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of the state of Ohio be, and hereby is, dismissed *sua sponte*, effective December 4, 1996.

The appeal of Jose R. Esqueda remains pending.